CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 29 2006

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANDRE S. WATTS,<br>    Petitioner, | Civil Action No. 7:06CV00398 |
| v. | **FINAL ORDER** |
| U.S. PAROLE COMMISSION,<br>    Respondent. | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the respondent's motion to dismiss and/or motion for summary judgment shall be and hereby is **GRANTED,** and the petition for writ of mandamus filed by the petitioner shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 29th day of September, 2006.

/s/ Glen E. Conrad
United States District Judge